LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Morgan L. Bigelow
State Bar No. 037516
Margot Veranes
State Bar No. 037194
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email: nick@lubinandenoch.com

Attorneys for Defendant Teamster
Negotiated Pension Plan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl J. Primm, | No. |
| | (Maricopa County Superior Court |
| Plaintiff, | Case No. CV2023-003899) |
| v. | **NOTICE OF REMOVAL** |
| Helmsman Management and | |
| Teamsters Negotiated Pension Plan, | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendant Teamsters Negotiated Pension Plan ("the Plan") files this Notice of Removal of this action from the Superior Court of Arizona in Maricopa County, in which it is now pending, to the United States District Court for the District of Arizona. The claim against the Plan case arises under the Employee Retirement Security Act of 1974 (ERISA), 29 U.S.C. § 1001, *et seq.*, and the district court therefore has original jurisdiction of the case under 28 U.S.C. §1331. The Plan states the following as grounds for removal:

1

1. On March 22, 2023, Defendant Teamsters Negotiated Pension Plan ("the Plan") received a registered letter that included the summons and complaint filed March 13, 2023, in a civil action entitled *Cheryl J. Primm vs. Helsman Management and Teamsters Negotiated Pens. Pl.*, Case No. CV2023-003899 in Maricopa County Superior Court, which is located within the District of Arizona. Copies of the Summons, Complaint, Jury Demand, Certificate of Compulsory Arbitration and Receipts showing Service by Registered Mail are attached hereto as Exhibit "A."

2. Defendant Plan is an employee benefit plan within the meaning of Sections 3(1), (3), 502 and 515 of ERISA, as amended 29 U.S.C. §§1002(1), (3), 1132 and 1145. The Plan is organized as a trust under Missouri law and is administered from offices located at 4349 Woodson Road, Suite 200, St. Louis, Missouri 63134-3718.

3. Plaintiff's complaint relates to a claim for an employee benefit and thus may only be asserted against the Plan pursuant to Section 502(a)(1)(B) of ERISA, which permits a participant to sue an employee benefit plan "to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B). ERISA preempts entirely state-law causes of action related to an employee benefit plan. Aetna Health Inc. v. Davila, 542 U.S 200 (2004).

4. Removal is based on federal question jurisdiction. 28 U.S.C. §1331.

5. This Notice of Removal is filed within 30 days of first being served with a pleading, motion, order, or other paper from which it may be ascertained that the Action is removable.

6. A copy of this notice has been filed with the Clerk of the Maricopa County Superior Court pursuant to 28 U.S.C. § 1446(d) and Rule 3.6, Rules of the United States District Court for the District of Arizona. That filing will automatically result in the removal of the subject action to this Court, in its entirety, for future proceedings pursuant to 28 U.S.C. § 1446(d).

RESPECTUFLLY SUBMITTED this 21st day of April 2023.

LUBIN & ENOCH, P.C.

/s/ Nicholas J. Enoch_____
Nicholas J. Enoch
Attorney for Defendant Teamster Negotiated Pension Plan

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of April 2023, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System. A copy has also been mailed to the following:

Cheryl J. Primm
8780 E. McKellips Rd. #387
Scottsdale, Arizona 85257
Plaintiff


/s/ Cristina Gallardo-Sanidad

3