1  Your Name: Cheryl J. Primm
2  Address: 8780 E. McKellips Rd. #387
3  City, State, Zip: Scottsdale, AZ. 85257
4  Phone Number: (314) 443-3917

☑ FILED  ___ LODGED
___ RECEIVED  ___ COPY

JUL 13 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Cheryl J. Primm,

Plaintiff,

v.

Helmsman MWF Teamsters, Neg. P.A.

Defendant(s).

Case No: CV-23-00676 PHX-GMS

Motion Voluntary Dismissal without prejudice, Rule 41A.

Dear Judge Snow,

I Cheryl Primm have tried to reach out to the defendants, for Motion Voluntary Dismissal without prejudice, to be filed in the state of MO, under Rule 41A, and asked to grant my request by draft something. They will not respond to me. I do not want to waste the courts time with this matter. The original ALJ decision was not honored by ER/lawyer either, every thing else is a cover up.

I'm asking you Judge Snow, Motion Voluntary Dismissal without prejudice, the be trailed in the state of MO., fill free to adviced my steps to do such. They have more to lose then I do. I've already lost everything.

[Signature] 7-13-23