# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cheryl J Primm,<br><br>                 Plaintiff,<br><br>v.<br><br>Helmsman Management and Teamsters Negotiated Pension Plan,<br><br>                 Defendant. | No. CV-23-00676-PHX-GMS<br><br>**AMENDED ORDER**<br><br>(Amended to reflect correct document number of Plaintiff's Motion; line 18) |

Before the Court is Plaintiff's "Motion Voluntary Dismissal Without Prejudice Rule 41A" (Doc. 17) and Defendants' Notice of No Objection (Doc. 18).

**IT IS ORDERED** granting Plaintiff's Motion (Doc. 17).

**IT IS FURTHER ORDERED** dismissing this matter in its entirety without prejudice. The Clerk shall terminate this case.

Dated this 21st day of July, 2023.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge